[No. 42987-6-I.    Division One.    May 10, 1999.]

*In the Matter of the Marriage of* DENNIS EUGENE VOGT, *Appellant*, and DONNA LOUISE VOGT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-06154-4, R. Joseph Wesley, J., entered June 10, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.

[No. 43193-5-I.    Division One.    May 10, 1999.]

*In the Matter of the Estate of* WILLIAM F. FAAS, *Respondent*, and IRENE WATERS, *Appellant*, LUCILLE R. FAAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-4-02358-8, Marsha J. Pechman, J., entered July 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 16746-1-III.    Division Three.    May 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VICENTE LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-8-00012-5, Robert L. Zagelow, J., entered May 30, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 17330-5-III.    Division Three.    May 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK RAY LOVITT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01433-7, Robert D. Austin, J., entered January 28, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.